DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## McELVEEN-HUNTER v. FOUNTAIN MANOR ASSN.

No. 143PA90

Case below: 96 N.C.App. 627

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 13 June 1990.

## MECHANICS AND FARMERS BANK v. HIGGINS

No. 155P90

Case below: 97 N.C.App. 508

Petition by defendant (Charles B. Higgins, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## MOSLEY & MOSLEY BUILDERS v. LANDIN LTD.

No. 165P90

Case below: 97 N.C.App. 511

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## PITTMAN v. N.C. DEPT. OF TRANSPORTATION

No. 191P90

Case below: 97 N.C.App. 658

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 June 1990.

## RUCKER v. FIRST UNION NAT. BANK

No. 192P90

Case below: 98 N.C.App. 100

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.